1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Drew M. Tate, State Bar No. 312219
   Email: dtate@fisherphillips.com
3  FISHER & PHILLIPS, LLP
4  621 Capitol Mall, Suite 1400
   Sacramento, CA 95814
5  Telephone (916) 210-0400
   Facsimile (916) 210-0401
6

7  Attorneys for Defendants
   WARRIOR TRADING, INC.;
8  and ROSS CAMERON

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEFFREY P. FORTIS, an individual, | Case No.: _____ |
|---|---|
| Plaintiff, | [*Previously Yolo County Superior Court Case Number CV 19-472; Assigned to the Hon. Peter M. Williams, Dept. 8*] |
| v. | |
| WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive, | **DECLARATION OF ALDEN J. PARKER IN SUPPORT OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1446** |
| Defendants. | State Action Filed: March 7, 2019 |

## DECLARATION OF ALDEN J. PARKER

I, Alden J. Parker, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in the State of California and I am the regional managing partner of the Sacramento Office of Fisher & Phillips LLP, counsel of record for Defendants ROSS CAMERON and WARRIOR TRADING, INC. (collectively "Defendants"). I make this Declaration in support of Defendants' Notice of Removal pursuant to 28 U.S.C. Sections 1332, 1441 and 1446. Based upon my personal knowledge, I assert the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Attached as **Exhibit A** to Defendants' Notice of Removal filed concurrently with this Declaration is a true and correct copy of the Summons, Plaintiff JEFFREY P. FORTIS' ("Plaintiff") Complaint, and other related papers filed by Plaintiff in the Superior Court of California, County of Yolo, on March 7, 2019. Plaintiff's Complaint was served upon Defendants on March 14, 2019.

3. On information and belief, and as of the date of the filing of Defendants' Notice of Removal, no other pleadings or other papers have been filed in the state court action.

4. Proofs of Service of the Notice to the Yolo County Superior Court Clerk of Removal to Federal Court in the Eastern District of California and the Notice to the Adverse Party of Removal to Federal Court will be filed with this Court shortly after the Superior Court filing and service upon the adverse party are accomplished.

I declare under penalty of perjury under the laws of these United States of America and California that the foregoing is true and correct. Executed this 12th day of April, 2019 in Sacramento, California.

/s/ *Alden J. Parker*
Alden J. Parker