1  Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
2  Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
3  FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
4  Sacramento, CA 95814
Telephone (916) 210-0400
5  Facsimile (916) 210-0401
6
7  Attorneys for Defendants
WARRIOR TRADING, INC.;
8  and ROSS CAMERON

9

        IN THE UNITED STATES DISTRICT COURT

10

        FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| JEFFREY P. FORTIS, an individual, | Case No.: _____ |
|---|---|
| Plaintiff, | [*Previously Yolo County Superior Court Case Number CV 19-472; Assigned to the Hon. Peter M. Williams, Dept. 8*] |
| v. | |
| WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive, | **DECLARATION OF ROSS CAMERON IN SUPPORT OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1446** |
| Defendants. | State Action Filed: March 7, 2019 |

## DECLARATION OF ROSS CAMERON

I, Ross Cameron, hereby declare and state as follows:

1.      I am over the age of eighteen and I have personal knowledge of the matters contained herein. I make this Declaration in support of Defendants' Notice of Removal pursuant to 28 U.S.C. Sections 1332, 1441, and 1446, in the above-entitled matter. If called as a witness, I could and would testify competently to the matters set forth in this Declaration.

2.      I am the founder, president, and chief executive officer for Defendant WARRIOR TRADING, INC. (the "Company"). In my role, I oversee and manage the Company's business, strategy, and operations. As a result of my position, I am also knowledgeable about the Company's place of formation, corporate structure, and its principal place of business.

3.      On March 14, 2019, the Company was served with the Summons and Complaint entitled *Jeffrey P. Fortis v. Warrior Trading, Inc., et al.* and designated Case Number CV-19-472.

4.      The Company was incorporated in the State of Delaware and it maintains its principal place of business at 47 Railroad Street Unit #5, Great Barrington, Massachusetts 01230. The Company's leadership is located at its headquarters in Great Barrington, Massachusetts, and its core executive and administrative functions are primarily carried out of its headquarters in Great Barrington, Massachusetts.

5.      The Company's state of incorporation, corporate headquarters, and the location of its leadership have remained consistent from the time the above-entitled action was filed in the Yolo County Superior Court on or about March 7, 2019, through the execution of this Declaration.

6.      The Company does not direct, control, or coordinate its activities from a principal place of business in the State of California.

///

///

///

1

DECLARATION OF ROSS CAMERON IN SUPPORT OF DEFENDANTS WARRIOR TRADING, INC. AND
ROSS CAMERON'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1446
FPDOCS 35247709.1

///

7.     At the time of the filing of the above-entitled state court action, I was, and still am, a resident of the State of Massachusetts. I work out of the Company's headquarters located in Great Barrington, Massachusetts.

I declare under penalty of perjury under the laws of these United States of America and California that the foregoing is true and correct. Executed this __10__ day of April, 2019 in Great Barrington, Massachusetts.


_____
Ross Cameron

2
DECLARATION OF ROSS CAMERON IN SUPPORT OF DEFENDANTS WARRIOR TRADING, INC. AND
ROSS CAMERON'S NOTICE OF REMOVAL UNDER 28 U.S.C. §§ 1332, 1441, AND 1446
FPDOCS 35247709.1