Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>                Plaintiff,<br><br>         v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No.: _____<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND DEFENDANT WARRIOR TRADING, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br><br>State Action Filed: March 7, 2019 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for WARRIOR TRADING, INC. and ROSS CAMERON, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff JEFFREY P. FORTIS, a party to this litigation;
2. Defendant WARRIOR TRADING, INC., a party to this litigation; and
3. Defendant ROSS CAMERON, a party to this litigation.

## DEFENDANT WARRIOR TRADING, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure Rule 7.1, the undersigned certifies as follows:

1. At all times relevant in this action, Defendant WARRIOR TRADING, INC. does not, and did not, have any parent corporation, nor does a publicly held corporation own more than 10% or more of its stock.

DATE: April 12, 2019         FISHER & PHILLIPS LLP


                             By:   /s/ *Alden J. Parker*
                                   Alden J. Parker, State Bar No. 196808
                                   Drew M. Tate, State Bar No. 312219

                             Attorneys for Defendants
                             WARRIOR TRADING, INC.; and ROSS CAMERON

---

1

DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND DEFENDANT WARRIOR TRADING, INC.'S CORPORATE DISCLOSURE STATEMENT

FPDOCS 35254741.1