Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual, | Case No.: _____ |
| Plaintiff, | [*Previously Yolo County Superior Court Case Number CV 19-472; Assigned to the Hon. Peter M. Williams, Dept. 8*] |
| v. | |
| WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive, | **DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON'S PROOF OF SERVICE** |
| Defendants. | State Action Filed: March 7, 2019 |

**PROOF OF SERVICE**

I, Angela L. Eure, certify and declare as follows:

I am over the age of 18 years and am not a party to this action.

My business address is 621 Capitol Mall, Suite 1400, Sacramento, California 95814, which is located in the city, county and state where the mailing described below took place.

On April 12, 2019, I caused to have deposited in the United States and mail at Sacramento, California in Sacramento County, a copy of the following documents:

| | | |
|---|---|---|
| A. | Defendants Warrior Trading, Inc. and Ross Cameron's Notice of Removal Under 28 U.S.C. §§ 1332, 1441, and 1446; |
| B. | Civil Cover Sheet; |
| C. | Declaration of Alden J. Parker in Support of Notice of Removal; |
| D. | Declaration of Ross Cameron in Support of Notice of Removal; |
| E. | Defendant's Certificate of Interested Parties and Corporate Disclosure Statement; |
| F. | Defendant's Notice to State Court of Removal of Action to Federal Court; and |
| G. | Defendant's Notice to Adverse Party of Removal of Action to Federal Court. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

These documents were addressed to the following parties:

Avi M. Attal  
Samuel Yu  
Mimi Ahn  
KAHANA & FELD, LLP  
3 Hutton Centre Drive, Suite 685  
Santa Ana, CA 92707  

T: (949) 812.4781  
F: (949) 281-2105  
E: aattal@kahanafeld.com  
E: syu@kahanafeld.com  
E: mahn@kahanafeld.com  

Attorneys for Plaintiff  
JEFFREY P. FORTIS

1  
DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON'S PROOF OF SERVICE  
FPDOCS 35247795.1

1 | I declare under penalty of perjury under the laws of these United States of America and California that the foregoing is true and correct. Executed this 12th day of April, 2019 in Sacramento, California.

                        /s/ *Angela L. Eure*
                        Angela L. Eure

DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON'S PROOF OF SERVICE
FPDOCS 35247795.1