Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>           Plaintiff,<br><br>      v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>           Defendants. | Case No.: 2:19-cv-00627-MCE-KHN<br><br>**DEFENDANTS' NOTICE OF APPEARANCE**<br><br><br><br>Removed:       April 12, 2019<br>Trial Date:     None set |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Drew M. Tate hereby enters his appearance as counsel of record for Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants"):

>Drew M. Tate, State Bar No. 312219
>Email: dtate@fisherphillips.com
>FISHER & PHILLIPS LLP
>621 Capitol Mall, Suite 1400
>Sacramento, CA 95814
>Telephone: (916) 210-0400
>Facsimile:  (916) 210-0401

Please add Drew M. Tate to the Court's record and ECF service list. All pleadings, discovery, correspondence, and other materials should be served upon Mr. Tate at the above-referenced address.

DATE: April 22, 2019              FISHER & PHILLIPS LLP


                                  By:  /s/ *Drew M. Tate* _____
                                       Alden J. Parker, State Bar No. 196808
                                       Drew M. Tate, State Bar No. 312219

                                  Attorneys for Defendants
                                  WARRIOR TRADING, INC.; and ROSS
                                  CAMERON

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **April 22, 2019**, I served the foregoing document entitled **DEFENDANTS' NOTICE OF APPEARANCE**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T:  (949) 812.4781 |
| Samuel Yu | F:  (949) 281-2105 |
| Mimi Ahn | E:  aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E:  syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E:  mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **April 22, 2019**, at Sacramento, California.

Angela L. Eure                              By:     /s/ *Angela L. Eure*
Print Name                                             Signature