Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00627-MCE-KHN<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**<br><br>Date:        June 13, 2019<br>Time:       2:00 p.m.<br>Location:  Courtroom 7<br><br>Removed:   April 12, 2019<br>Trial Date:  None set |

NOTICE IS HEREBY GIVEN that on June 13, 2019, at 2:00 p.m., or as soon thereafter as counsel may be heard, Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants"), will, and hereby do, move the Court for Judgment on the Pleadings under Federal Rules of Civil Procedure Rule 12(c), dismissing Plaintiff's Complaint (See Dkt. No. 1-1) with prejudice. Specifically, Defendants will, and hereby do, move the Court for Judgment on the Pleadings pursuant to the "first-to-file" rule, because the first-filed action in the Court of Chancery in the State of Delaware, entitled *Warrior Trading, Inc. v. Jeffrey Fortis*, case number 2019-0140 (the "Delaware Action"), involves the substantially same parties and issues in this action. In the alternative, Defendants will, and herby do, move the Court to stay the instant litigation pending the disposition of the Delaware Action, pursuant to the Court's inherent authority.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support, the Declaration of Alden J. Parker, and Defendants' Request for Judicial Notice, all of which are served and filed concurrently herewith. This Motion is also based on the complete files and records on file in this action and such oral and documentary evidence as may be presented at or before the hearing of this Motion.

DATE: May 3, 2019                    FISHER & PHILLIPS LLP


                                     By:  /s/ *Alden J. Parker*
                                          Alden J. Parker, State Bar No. 196808
                                          Drew M. Tate, State Bar No. 312219

                                          Attorneys for Defendants
                                          WARRIOR TRADING, INC.; and ROSS
                                          CAMERON

---

1

NOTICE OF MOTION AND MOTION OF DEFENDANTS FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE

FPDOCS 35315397.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **May 3, 2019**, I served the foregoing document entitled **NOTICE OF MOTION AND MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T: (949) 812.4781 |
| Samuel Yu | F: (949) 281-2105 |
| Mimi Ahn | E: aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E: syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E: mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 3, 2019**, at Sacramento, California.

Angela L. Eure            By:   /s/ *Angela L. Eure*
Print Name                       Signature