Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00627-MCE-KHN<br><br>**DECLARATION OF ALDEN J. PARKER IN SUPPORT OF MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**<br><br>Date:         June 13, 2019<br>Time:        2:00 p.m.<br>Location:   Courtroom 7<br><br>Removed:    April 12, 2019<br>Trial Date:   None set |

---

DECLARATION OF ALDEN J. PARKER IN SUPPORT OF MOTION OF DEFENDANTS FOR JUDGMENT
ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE
FPDOCS 35315559.1

I, Alden J. Parker, declare:

1. I am over the age of eighteen and an attorney licensed to practice before all courts of the State of California and in the United States District Court for the Eastern District of California. I am an attorney with Fisher & Phillips LLP, attorneys of record for Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants") in the above-captioned case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. Plaintiff JEFFREY P. FORTIS ("Plaintiff") instituted this lawsuit against Defendants in the Superior Court of California, County of Yolo, Case Number CV 19-472, on March 7, 2019. Plaintiff's Complaint alleges the following causes of action: (1) retaliation in violation of California Labor Code Section 1102.5; (2) wrongful termination in violation of public policy; and (3) defamation. Attached hereto as **Exhibit A** is a true and correct copy Plaintiff's Complaint that was filed in the Superior Court of California, County of Yolo, on March 7, 2019.

3. On April 12, 2019, my office, on behalf of Defendants, filed a Notice of Removal, a copy of Plaintiff's Complaint, and all other related papers with the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. Sections 1332, 1441, and 1446.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on May 3, 2019, at Sacramento, California.

 /s/ *Alden J. Parker*
Alden J. Parker

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **May 3, 2019**, I served the foregoing document entitled **DECLARATION OF ALDEN J. PARKER IN SUPPORT OF MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T: (949) 812.4781 |
| Samuel Yu | F: (949) 281-2105 |
| Mimi Ahn | E: aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E: syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E: mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 3, 2019**, at Sacramento, California.

| Angela L. Eure | By: | /s/ *Angela L. Eure* |
|---|---|---|
| Print Name | | Signature |