Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00627-MCE-KHN<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**<br><br>Date:        June 13, 2019<br>Time:       2:00 p.m.<br>Location:  Courtroom 7<br><br>Removed:   April 12, 2019<br>Trial Date:  None set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rules of Evidence Rule 201, Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants"), through their attorneys of record, hereby request that the Court take judicial notice of the following:

1. Warrior Trading, Inc.'s Shareholder Agreement, dated August 18, 2016, as amended by Amendment No. 1 to the Shareholder Agreement, dated December 15, 2017, a true and correct copy of which is attached hereto as **Exhibit A**.

2. Warrior Trading, Inc.'s correspondence to Plaintiff and his prior counsel regarding Warrior Trading, Inc.'s Demand for Arbitration, dated January 2, 2019, a true and correct copy of which is attached hereto as **Exhibit B**.

3. Warrior Trading, Inc.'s Demand for Arbitration, dated January 2, 2019, a true and correct copy of which is attached hereto as **Exhibit C**.

4. Warrior Trading, Inc.'s Demand for Arbitration with the American Arbitration Association ("AAA"), dated February 1, 2019, a true and correct copy of which is attached hereto as **Exhibit D**.

5. The AAA's letter acknowledging receipt of Warrior Trading, Inc.'s Arbitration Demand with the AAA, dated February 11, 2019, a true and correct copy of which is attached hereto as **Exhibit E**.

6. Warrior Trading, Inc.'s Verified Complaint to Compel Arbitration, and all exhibits attached thereto, filed on February 21, 2019 in the Court of Chancery for the State of Delaware, Case No. 2019-0140, a true and correct copy of which is attached hereto as **Exhibit F**.

Under the Federal Rules of Evidence, the Court may judicially notice "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed R. Evid. 201. Defendants submit that **Exhibits A-F** are proper for judicial notice pursuant to the Federal Rules of Evidence. *Id.*; *Lyon v. Gila River Indian Cmty.*, 626 F.3d 1059, 1075 (9th Cir. 2010) ("Courts may take judicial notice of facts

whose existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. . .. [Judicial notice] must be taken when a party requests it and supplies all necessary information.") (internal quotation marks omitted); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("[A] court may take judicial notice of 'matters of public record.'"); *Mullis v. U.S. Bankr. Court for Dist. of Nevada*, 828 F.2d 1385, 1388 n.9 (9th Cir. 1987) (providing pleadings are subject to judicial notice).

DATE: May 3, 2019                               FISHER & PHILLIPS LLP

By:  /s/ *Alden J. Parker*
     Alden J. Parker, State Bar No. 196808
     Drew M. Tate, State Bar No. 312219

     Attorneys for Defendants
     WARRIOR TRADING, INC.; and ROSS CAMERON

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **May 3, 2019**, I served the foregoing document entitled **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T: (949) 812.4781 |
| Samuel Yu | F: (949) 281-2105 |
| Mimi Ahn | E: aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E: syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E: mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 3, 2019**, at Sacramento, California.

| Angela L. Eure | By: | /s/ *Angela L. Eure* |
|---|---|---|
| Print Name | | Signature |

PROOF OF SERVICE

FPDOCS 35322140.1