# EXHIBIT E

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE

**AMERICAN ARBITRATION ASSOCIATION**
**INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION**

1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone (856) 435-6401

February 11, 2019

Leigh Goddard, Esq.
McDonald Carano LLP
100 West Liberty Street
Tenth Floor
Reno, NV 89501
Via Email to: lgoddard@mcwlaw.com

Susan Hannigan, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801
Via Email to: hannigan@RLF.com

Case Number: 01-19-0000-3572

Warrior Trading, Inc.
-vs-
Jeffrey Fortis

Dear Parties:

This will acknowledge receipt of a demand for arbitration between the above-referenced parties.

We note the parties' dispute resolution agreement does not reference the American Arbitration Association ("AAA") as the administering agency or designate its rules. Accordingly, AAA requests the parties sign and return this letter confirming their agreement to authorize the AAA to administer this dispute under its Employment Arbitration Rules. This letter may be signed in counterparts and electronic submission is acceptable. The parties may also email confirmation that AAA administration under the Employment Arbitration Rules is acceptable. We request that the parties copy each other on any response to this letter.

If there is a court order compelling arbitration that refers to the AAA, upon receipt of a copy of the court order, the AAA will proceed with administration without the need for the parties' submission.

**Please submit the requested items by February 18, 2019, otherwise we will not be able to continue administration of this case.** Should the matter be closed for lack of a submission, it may be reopened at any time once the parties have agreed to have the AAA administer this dispute and resubmit the applicable filing fees.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team

employmentfiling@adr.org
(856) 679-4610

BY SIGNING BELOW, THE PARTIES AGREE TO SUBMIT THE ABOVE-REFERENCED DISPUTE TO ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS EMPLOYMENT ARBITRATION RULES.

_____   _____
Claimant or Claimant's Representative                          Date


_____   _____
Respondent or Respondent's Representative                      Date