1  Alden J. Parker, State Bar No. 196808
   Email: aparker@fisherphillips.com
2  Drew M. Tate, State Bar No. 312219
   Email: dtate@fisherphillips.com
3  FISHER & PHILLIPS, LLP
4  621 Capitol Mall, Suite 1400
   Sacramento, CA 95814
5  Telephone (916) 210-0400
   Facsimile (916) 210-0401
6

7  Attorneys for Defendants
   WARRIOR TRADING, INC.;
8  and ROSS CAMERON

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | JEFFREY P. FORTIS, an individual, | Case No.: 2:19-cv-00627-MCE-KHN |
|---|---|
12 | Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE** |
13 | | |
14 | v. | |
15 | WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive, | |
16 | | |
17 | | Date:      June 13, 2019 |
18 | Defendants. | Time:      2:00 p.m. |
   | | Location:  Courtroom 7 |
19 | | |
   | | Removed:    April 12, 2019 |
20 | | Trial Date: None set |

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS FOR JUDGMENT ON THE
PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE
FPDOCS 35360602.1

1       Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants") Motion for Judgment on the Pleadings; or, in the Alternative, to Stay the Present Case came on for hearing on June 13, 2019 at 2:00 a.m., in Courtroom 7 of the above-captioned court located at 501 I Street, Sacramento, California 95814. Upon review of Defendants' moving and reply papers and evidence submitted in support thereof, Plaintiffs' opposition papers and evidence submitted in support thereof, and the arguments of counsel, the Court is satisfied that Defendants have satisfied all requirements and criteria for the issuance of the following order.

      Good cause appearing therefore:

      **IT IS HEREBY ORDERED** that Defendants' Motion for Judgment on the Pleadings; or, in the Alternative, to Stay the Present Case is hereby **GRANTED.**

      **IT IS FURTHER ORDERED THAT** _____

_____

_____

_____

_____

      **IT IS SO ORDERED.**

Dated: _____         _____
                                          UNITED STATES DISTRICT COURT

1

[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE

FPDOCS 35360602.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **May 3, 2019**, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS WARRIOR TRADING, INC. AND ROSS CAMERON FOR JUDGMENT ON THE PLEADINGS; OR, IN THE ALTERNATIVE, TO STAY THE PRESENT CASE**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T: (949) 812.4781 |
| Samuel Yu | F: (949) 281-2105 |
| Mimi Ahn | E: aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E: syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E: mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 3, 2019**, at Sacramento, California.

| Angela L. Eure | By: | /s/ *Angela L. Eure* |
|---|---|---|
| Print Name | | Signature |

PROOF OF SERVICE

FPDOCS 35360602.1