Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Drew M. Tate, State Bar No. 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS, LLP
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone (916) 210-0400
Facsimile (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.;
and ROSS CAMERON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00627-MCE-KHN<br><br>**DEFENDANT WARRIOR TRADING, INC. AND ROSS CAMERON'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR PLAINTIFF JEFFREY P. FORTIS**<br><br>Date:         June 13, 2019<br>Time:        2:00 p.m.<br>Location:  Courtroom 7<br><br>Removed:    April 12, 2019<br>Trial Date:   None set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants WARRIOR TRADING, INC. and ROSS CAMERON (collectively "Defendants") are in receipt of Plaintiff's counsel's Motion for Order Authorizing Withdrawal as Counsel for Plaintiff JEFFREY P. FORTIS.  Defendants do not oppose the Motion.

DATE: May 8, 2019                                     FISHER & PHILLIPS LLP


By: /s/ *Alden J. Parker*
Alden J. Parker, State Bar No. 196808
Drew M. Tate, State Bar No. 312219

Attorneys for Defendants
WARRIOR TRADING, INC.; and ROSS CAMERON

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 621 Capitol Mall, Suite 1400, Sacramento, CA 95814.

On **May 8, 2019**, I served the foregoing document entitled **DEFENDANT WARRIOR TRADING, INC. AND ROSS CAMERON'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL FOR PLAINTIFF JEFFREY P. FORTIS**, on all the appearing and/or interested parties in this action as follows:

| | |
|---|---|
| Avi M. Attal | T: (949) 812.4781 |
| Samuel Yu | F: (949) 281-2105 |
| Mimi Ahn | E: aattal@kahanafeld.com |
| KAHANA & FELD, LLP | E: syu@kahanafeld.com |
| 3 Hutton Centre Drive, Suite 685 | E: mahn@kahanafeld.com |
| Santa Ana, CA 92707 | |
| | Attorneys for Plaintiff |
| | JEFFREY P. FORTIS |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed **May 8, 2019**, at Sacramento, California.

Angela L. Eure         By:    /s/ *Angela L. Eure*
Print Name                           Signature