ALDEN J. PARKER, SBN 196808
Email: aparker@fisherphillips.com
DREW M. TATE, SBN 312219
Email: dtate@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendants
WARRIOR TRADING, INC.
(now known as WARRIOR OPERATING INC.)
and ROSS CAMERON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| JEFFREY P. FORTIS, an individual,<br><br>   Plaintiff,<br><br> v.<br><br>WARRIOR TRADING, INC., a Delaware corporation; ROSS CAMERON, an individual; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No: 2:19-cv-00627-MCE-KJN<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL**<br><br><br>Case Removed:  April 12, 2019<br>Trial Date:    Not Set |

In accordance with the parties' stipulation pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs. The matter having now been resolved in its entirety, the Clerk of Court is directed to close the file.

 IT IS SO ORDERED.

Dated: August 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE